IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01116-NYW

MARGERY REYES, and
ANGELICA MARIA VELASCO-HERNANDEZ,

    Plaintiffs,

v.

DURANGO DINING, LLC, d/b/a Durango Doughworks, and
KAREN E. LAVALLEE,

    Defendants.

## ORDER GRANTING JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT

Magistrate Judge Nina Y. Wang

This civil action is before the court on the Parties' Joint Motion for Court Approval of Settlement. [#28, filed December 4, 2015]. Pursuant to the Order of Reference dated July 27, 2015 [#15], this civil action was referred to the Magistrate Judge "for all purposes" under the Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges and Title 28 U.S.C. § 636(c).[1]  Based on the representations of the Parties, and no assertions to the contrary, the court finds no dispute that the Settlement Agreement was negotiated at arm's length and is a fair, equitable, and reasonable resolution of a *bona fide* dispute in contested litigation. Therefore, upon full consideration of the Motion and all other papers and proceedings herein, IT IS HEREBY ORDERED as follows:

1. The Joint Motion for Court Approval of Settlement [#28] is **GRANTED**;

---

[1] Effective December 1, 2015, the Pilot Program was incorporated into the Local Rules for the District of Colorado. *See* D.C.COLO.LCivR 40.1(c).

2. The Settlement Agreement and Release [#28-1] is **APPROVED**;

3. The request for approval of the Parties' agreement to pay attorney's fees in the amount of $15,295.22 is **APPROVED**;

4. The Parties are directed to proceed with the administration of the settlement as provided by the terms of the settlement agreement; and

5. The Parties will submit the contemplated stipulation of dismissal [#28-1 at ¶ 2] no later than **February 1, 2016**.

DATED: December 17, 2015                         BY THE COURT:

                                                 s/Nina Y. Wang_____
                                                 United States Magistrate Judge