## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01116-NYW

MARGERY REYES, and
ANGELICA MARIA VELASCO-HERNANDEZ,

     Plaintiffs,

v.

DURANGO DINING, LLC, d/b/a Durango Doughworks, and
KAREN E. LAVALLEE,

     Defendants.

## ORDER DISMISSING CASE WITH PREJUDICE

Magistrate Judge Nina Y. Wang

This matter is before the court on the Parties' Joint Stipulated Motion to Dismiss All Claims Against Defendants with Prejudice (the "Joint Motion"). [#30, filed January 22, 2016]. Having reviewed the Joint Motion and being fully advised in the premises,

IT IS HEREBY ORDERED:

1. The Joint Motion [#30] is **GRANTED**; and

2. The case is **DISMISSED WITH PREJUDICE**.

DATED: January 22, 2016          BY THE COURT:

                                          s/Nina Y. Wang_____
                                          United States Magistrate Judge